[No. 10133-5-II.   Division Two.   February 4, 1988.]

WALTER J. WARREN, JR., ET AL, *Appellants,* v. GORDON H. BURNS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85-2-06808-0, Thomas R. Sauriol, J., entered July 11, 1986. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Alexander, A.C.J., and Petrich, J.

[No. 9490-8-II.   Division Two.   February 4, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. KENNETH SCHRADER, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85-1-00187-9, Robert H. Peterson, J., entered January 3, 1986. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Petrich, J.

[No. 10425-3-II.   Division Two.   February 4, 1988.]

CRAIG ADAMS, *as Administrator, Appellant,* v. SAMUEL J. ALLOTTA, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85-2-00770-6, Leonard W. Kruse, J. Pro Tem., entered October 14, 1986. *Reversed* by unpublished opinion per Worswick, J., concurred in by Alexander, A.C.J., and Petrich, J.

[No. 10259-5-II.   Division Two.   February 4, 1988.]

GLEN K. HAUTAJARVI, *Appellant,* v. McCABE-POWER SALES AND SERVICE, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85-2-02331-1, E. Albert Morrison, J., entered August 1, 1986. *Reversed* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Alexander, J.